CHRISTIAN BROTHERS INSTITUTE OF NEW JERSEY T/A
BERGEN CATHOLIC HIGH SCHOOL v. NORTHERN NEW
JERSEY INTERSCHOLASTIC LEAGUE.

March 25, 1980.

Petition for certification is granted; the judgment is summarily reversed and the matter remanded to the Appellate Division for a full hearing on the merits.

EILEEN McKEEVER v. NEW JERSEY BELL TELEPHONE.

March 25, 1980.

ORDERED that the order of this Court granting certification, filed October 4, 1979, is hereby vacated, and the matter is remanded to the Superior Court, Appellate Division, for disposition of the appeal. (See 81 *N.J.* 358)

ROGER H. McGLYNN v. PARKING AUTHORITY OF THE
CITY OF NEWARK.

March 25, 1980.

Certification to Essex County District Court is granted.